## CASE ANNOUNCEMENTS

*April 9, 2013*

[Cite as *04/09/2013 Case Announcements*, 2013-Ohio-1401.]

## MOTION AND PROCEDURAL RULINGS

**2013-0541. State v. Williams.**
Cuyahoga App. No. 98210, 2013-Ohio-573. This cause is pending before the court as a jurisdictional appeal.

Review of appellant's memorandum in support of jurisdiction reveals that it fails to comply with S.Ct.Prac.R. 7.03(B), which requires that a memorandum "shall not exceed 15 numbered pages, exclusive of the certificate of service." Therefore, it is ordered by the court, sua sponte, that pages 16–21 of the memorandum in support of jurisdiction are stricken.

## CASE ANNOUNCEMENTS

*April 10, 2013*

[Cite as *04/10/2013 Case Announcements*, 2013-Ohio-1416.]

## MOTION AND PROCEDURAL RULINGS

**1999-0905. State v. Smith.**
Richland C.P. No. 98CR601D. By entry filed August 25, 2011, this court ordered that Steven T. Smith's sentence be carried into execution on Wednesday, May 1, 2013. In order to facilitate this court's timely consideration of any matters relating to the execution of Smith's sentence, it is ordered by the court that the chief justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. 3.02.

It is further ordered that service of documents as required by S.Ct.Prac.R. 3.11 shall be personal, by facsimile transmission, or by e-mail.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the office of the clerk as soon as possible, either personally, by facsimile transmission, or by e-mail.

## DISCIPLINARY CASES

**2004-1799 and 2007-1919. Toledo Bar Assn. v. Lowden.**
This cause came on for further consideration upon relator's filing on March 26, 2013, of a motion for court's approval of Thomas G. Sherman, M.D., to conduct a medical-record review and psychiatric evaluation. The motion was not opposed.

Upon consideration thereof, it is ordered by this court that the motion is granted. Thomas G. Sherman, M.D., is approved to perform a review of respondent's mental-health records from 2003 to the present and to perform an evaluation of respondent for the purpose of determining whether respondent is competent to return to the active practice of law.